FILED ENTERED
LODGED RECEIVED

SEP 09 2019

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ALTON W. SMITH, *

Plaintiff, *

vs. * CIV. ACTION NO. RDB-17-3051

STATE OF MARYLAND, et al., *

Defendants. *

* * * * * * * * * * * * *

**ORDER & JUDGMENT**

For the reasons stated in the foregoing Memorandum Opinion, it is this 9th day of September 2019, ORDERED and ADJUDGED, that:

1. Plaintiff's Motion to File Corrected Exhibit (ECF No. 58) is GRANTED;
2. Plaintiff's Motion for Reconsideration (ECF No. 57) is DENIED;
3. Defendants' Motion for Summary Judgment (ECF No. 51) is GRANTED;
4. Any and all prior rulings made by the Court disposing of any claims against any parties are incorporated by reference therein, and this Order shall be deemed to be a final Judgment within the meaning of Fed. R. Civ. P. 58;
5. The Clerk of the Court transmit copies of this Order and accompanying Memorandum Opinion to the parties; and
6. The Clerk of Court CLOSE this case.

Richard D. Bennett
United States District Judge